*In re* JULIO C. SILVAGNOLI COLLAZO.

*Número:* TS-4164          *Resuelto:* 10 de mayo de 2002

*Carmen Hilda Carlos, Directora de la Oficina de Inspección de Notarías; José Ángel Cangiano*, abogado de la parte peticionaria.

## RESOLUCIÓN

Visto el Informe de la Directora de la Oficina de Inspección de Notarías y la comparecencia del Lcdo. Julio C. Silvagnoli Collazo, y al no haber objeción a la reinstalación del licenciado Silvagnoli Collazo, *se ordena que previo a los trámites correspondientes en ley, se le reinstale al ejercicio de la notaría.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*